IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR 12-100-BLG-DWM-CSO |
| vs. | FINDINGS AND RECOMMENDATION CONCERNING PLEA |
| FRANKLYN DON HAMMONTREE, | |
| Defendant. | |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to the Indictment, which charges the crime of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

After examining the Defendant under oath, the Court determined that the guilty plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights

-1-

and the extent to which such rights are waived; and that the offense charged and to which a guilty plea was entered contained each of the essential elements of the offense.

The Court further concludes that the Defendant had adequate time to consider his plea and consult with his counsel, and that he fully understands his plea and its consequences. I recommend that the Defendant be adjudged guilty and that sentence be imposed. A presentence report has been ordered.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 23rd day of May, 2013.

/S/ CAROLYN S. OSTBY
United States Magistrate Judge